THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* MILTON E. HARRIS, Appellant.

(Argued June 3, 1929; decided July 11, 1929.)

*Thomas L. Newton* and *William E. Barrett* for appellant.
*Guy B. Moore*, District Attorney (*Walter F. Hofheins* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.